724

Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Jerome Weadock* for petitioners. *Mr. B. A. Wendrow* for Simrall Corporation, and *Mr. Edward W. Fehling* for Anderson et al., respondents.

No. 231. GENERAL EXPORTING Co. *v.* STAR TRANSFER LINE ET AL. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Benjamin I. Salinger, Jr.* for petitioner. *Mr. Benn M. Corwin* for respondents.

No. 234. GRIEDER MACHINE TOOL & DIE Co. *v.* NATIONAL LABOR RELATIONS BOARD. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Henry A. Middleton* for petitioner. *Solicitor General Fahy, Messrs. Walter J. Cummings, Jr., Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.

No. 237. HUMMEL, TRUSTEE, *v.* HRABAK. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Henry I. Quinn* for petitioner. *Mr. Philip A. Campbell* for respondent.

No. 238. GLENN, COLLECTOR OF INTERNAL REVENUE, *v.* BEARD. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Solicitor General Fahy* for petitioner. *Mr. Allen P. Dodd, Sr.* for respondent.